FILED

2007 JUN -8 PM 1:52

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ *ad* _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. NAPOLEON A. JONES, JR)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. **00-CR-2580-J** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **PAUL YATES,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY ORDERED** that the condition of release be modified so the defendant PAUL YATES be allowed to travel to Colorado between June 9 and June 14, 2007.

**SO ORDERED.**

Dated: **6-8-07**

HON. NAPOLEON A. JONES
U.S. DISTRICT JUDGE